McDANIEL v. CHITWOOD, U. S. Atty. (Circuit Court of Appeals, Fourth Circuit. February 8, 1921.) No. 1859. In Error to the District Court of the United States for the Western District of Virginia, at Harrisonburg. R. B. Stephenson and George A. Revercomb, both of Covington, Va., for plaintiff in error. Jos. H. Chitwood, U. S. Atty., of Roanoke, Va., for defendant in error.

PER CURIAM. Cause dismissed, under rule 20, in accordance with agreement of attorneys

MARTIN v. LITTLE ROCK BASEBALL ASS'N et al. (Circuit Court of Appeals, Sixth Circuit. January 7, 1921.) No. 3457. Appeal from the District Court of the United States for the Western District of Tennessee; John E. McCall, Judge. W. C. Cherry, of Nashville, Tenn., and A. J. Donelson, of Memphis, Tenn., for appellant. Charles Jacobson and X. O. Pindall, both of Little Rock, Ark., for appellees.

PER CURIAM. Reversed and remanded, with instructions to dismiss the bill without prejudice.

MARVIN v. FORAN. (Circuit Court of Appeals, Eighth Circuit. February 10, 1921.) No. 5770. Appeal from the District Court of the United States for the District of Colorado. G. Dexter Blount and Harry S. Silverstein, both of Denver, Colo., for appellant. Edwin H. Park, of Denver, Colo., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellants, per stipulation of parties.

O'DWYER et al. v. TOLEDO TRACTION, LIGHT & POWER CO. (Circuit Court of Appeals, Sixth Circuit. February 9, 1921.) No. 3461. Appeal from the District Court of the United States for the Western Division of the Northern District of Ohio; John M. Killits, Judge. Allen J. Seney, Ex-Pros. Atty., and Roy R. Stuart, Pros. Atty., both of Toledo, Ohio, for appellants. Tracy, Chapman & Welles, of Toledo, Ohio, for appellee.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.

OLSEN et al. v. OLSEN. (Circuit Court of Appeals, Eighth Circuit. March 14, 1921.) No. 5733. In Error to the District Court of the United States for the District of Minnesota. George T. Olsen, of St. Peter, Minn., and Henry N. Somsen, W. H. Dempsey, and H. H. Flor, all of New Ulm, Minn., for plaintiffs in error. Stan D. Donnelly, of St. Paul, Minn., for defendant in error.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.

OMAHA CONE MACH. CO. v. AMERI–CONE CO. (Circuit Court of Appeals, Eighth Circuit. February 18, 1921.) No. 5516. Appeal from the District Court of the United States for the Southern District of Iowa. Willard Eddy, of Omaha, Neb., and Albert E. Dieterich, of Washington, D. C., for appellant. Ralph Orwig and W. P. Bair, both of Des Moines, Iowa, and H. A. Toulmin, of Dayton, Ohio, for appellees.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation of parties.